CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 25 2010

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **SEALED INFORMATION** |
| | ) | |
| v. | ) | Criminal No. 7:10CR65 |
| | ) | |
| TIMOTHY GRANT BLAND | ) | In violation of: |
| | ) | |
| | ) | Title 18, U.S.C. §875(c) |

## COUNT ONE

The United States Attorney Charges:

1. That on or about December 20, 2009, in the Western Judicial District of Virginia, the defendant, TIMOTHY GRANT BLAND, did knowingly transmit in interstate commerce and foreign commerce from the State of Maryland, a communication to MW, and the communication contained a threat to kidnap and injure MW and the child of MW through a series of telephone calls, as described in detail below:

    a.    Threatening Communication One

". .I'm coming for you, bitch. This is Tim Bland from Maryland. . . I'm coming for you, I'm coming for Bill White. . . I'm gonna take your little daughter and I will f****** shoot her too. Your little one year old daughter, I'm gonna put a bullet right through her f****** stupid ing skull . . .You f****** the wrong (inaud) f****** white boy and I hate you (inaud). (inaud) go ahead and tell the FBI, whoever. I'm coming for you. You motherf***** are dead... I'm coming for you. I'm gonna

get you and your daughter... They can kill me, I don't care. I'm gonna get you all first. I'm gonna kill you, I'm gonna kill you, I'm gonna kill your f****** daughter and I'm gonna kill your f****** faggot assed husband, Bill White. So, bitch, watch your f****** back. You're dead, you and your little f****** daughter, and your bitch, faggot, traitor husband.

      b. Threatening Communication Two

Hey, Megan bitch, Bill White's bitch. This is Tim Bland. I'm just about down there in Roanoke and I'm looking for you. I'm gonna hunt you down, I'm gonna kill you and your f****** little child... I'm almost there. I'm about an hour away and I'm gonna be down there all week long until I f****** hunt you down and I'm gonna f****** slit your throat, then I'm gonna shoot your little f******, you and Bill White's baby in the f****** (inaud) and hope... I'm almost there. FBI can't stop me, cops can't stop me 'cause I know (inaud) I know everything about you, bitch. Bill White (inaud) cause you f****** life and your child's life, so f*** you all. I'm coming for you. (inaud), bitch. I got a whole f****** clip full of ing bullets with your f****** face and your baby's face.

      c. Threatening Communication Three

"Yeah, we're watching you too, ... (inaud). You're a disgrace. Arayan Brotherhood is coming after you... And if he does get out and gets free, he won't last six months. (inaud) kill him and you... F*** you all and your little child are dead.

      d.     Threatening Communication Four

This is Tim Bland I'm on my way to Roanoke to put a f****** bullet in your head and a f****** bullet in your daughters head.

      e.     Threatening Communication Five

"... I'm in Roanoke right now. You need to call me. This is my cell phone number, .... Please call me. I know where you

2

Case 7:10-cr-00065-JCT   Document 3   Filed 10/25/10   Page 2 of 3   Pageid#: 9

2. All in violation of Title 18, United States Code, Section 875(c).

_____
UNITED STATES ATTORNEY

3